AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>SAMUEL THEODISA MILLER III,<br><br>*Defendant(s)* | Case No. 19-6351-HUNT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 21, 2019 to July 10, 2019  in the county of  Broward  in the
 Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute heroin. |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Justin Herzlich, SA ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  07/23/2019

_____
*Judge's signature*

City and state:  Ft. Lauderdale, Florida     Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Herzlich, being duly sworn, depose and state as follows:

1. I am a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since approximately 2007. Previously, I was a law enforcement officer in South Florida for over 12 years. Currently, I am assigned to the High Intensity Drug Trafficking Area Task Force. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and make arrests for firearms offenses enumerated in Title 18 of the United States Code and narcotics offenses, including violations of Title 21 of the United States Code.

2. The facts contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement personnel involved in this investigation. This Affidavit is being submitted for the sole purpose of establishing probable cause to believe that SAMUEL THEODISA MILLER III did knowingly and willfully possess with intent to distribute a controlled substance, specifically heroin, in violation of Title 21, United States Code, Section 841(a)(1). Accordingly, it does not contain every fact relating to this investigation of which I am aware.

3. On June 21, 2019, an undercover law enforcement officer ("UC") and a confidential informant ("CI"), met with the target of an investigation for the purpose of buying cocaine base (commonly referred to as "crack cocaine") and heroin. On this occasion, the target sold them the cocaine base, and then entered the UC's vehicle and directed the UC to drive to a Cumberland Farms, located at 2526 Sheridan Street, Hollywood, Florida, to meet with a person who was going to provide the heroin. Upon arrival, the target exited the UC's vehicle and met with another

individual, subsequently identified through facial recognition software as SAMUEL THEODISA MILLER III. After meeting with MILLER, the target reentered the UC's vehicle and handed the CI a clear plastic bag containing suspected heroin. The contents of the plastic bag were later tested and found to be approximately 7 grams of a mixture containing heroin. At the conclusion of the meeting, the target gave the UC the phone number to reach "Sam," the individual who had just provided the heroin.

4. Between June 24 and 27, 2019, the UC placed recorded calls to MILLER to discuss the purchase of heroin. On June 27, 2019, the UC met MILLER in the same Cumberland Farms parking lot that was used on June 21. During the meeting, which was recorded, MILLER entered the UC's vehicle and provided the UC with a plastic bag containing suspected heroin in exchange for $4,400. The contents of the plastic bag were later tested and found to be approximately 56 grams of a mixture containing heroin and fentanyl.

5. Between June 28th and July 10, 2019, the UC placed recorded calls with MILLER to arrange the purchase of heroin. On July 10, 2019, the UC met MILLER in the parking lot of a Marathon gas station located at 2547 Sheridan Street, Hollywood, Florida. During the meeting, which was recorded, MILLER entered the UC's vehicle and provided the UC with a plastic bag containing suspected heroin in exchange for $4,300. MILLER advised the UC he was able to acquire firearms and would contact the UC when a firearm was available. MILLER also told the UC that during their next transaction, the UC should go to MILLER's residence in West Miramar, Florida. The contents of the plastic bag weighed approximately 72 grams (total weight including packaging) and appeared consistent with the heroin/fentanyl mixture purchased from MILLER on June 27, 2019. The contents of the bag were not field tested due to a concern about danger from potential exposure to fentanyl, and were sent to the DEA laboratory for analysis.

3

6.  Based on the foregoing facts, I respectfully submit that there is probable cause to believe that SAMUEL THEODISA MILLER III did knowingly and willfully possess with intent to distribute a controlled substance, specifically heroin, in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SPECIAL AGENT JUSTIN HERZLICH
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES

Sworn to and subscribed before me this 23d day of July 2019.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE